B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Eastern District of Tennessee | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**EV America, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4524865** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7911 E. Brainerd Road**<br>**Chattanooga, TN**<br><div align="right">ZIP Code<br>**37421-3204**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Hamilton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 28450**<br>**Chattanooga, TN**<br><div align="right">ZIP Code<br>**37424-8450**</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **EV America, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>(Name of landlord that obtained judgment) |
| _____<br>(Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11)                                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **EV America, LLC** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X **/s/ Kyle R. Weems**
Signature of Attorney for Debtor(s)

**Kyle R. Weems 1010**
Printed Name of Attorney for Debtor(s)

**Weems & Ronan**
Firm Name

**744 McCallie Ave.**
**Suite 520**
**Chattanooga, TN 37403**

Address

**423-624-1000  Fax: 423-624-5656**
Telephone Number

**January 30, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Albert E. Curtis, III**
Signature of Authorized Individual

**Albert E. Curtis, III**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**January 30, 2013**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Eastern District of Tennessee

In re    **EV America, LLC**
_____,
Debtor

Case No. _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 5,167,339.38 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 1,049,778.36 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 4.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 1,339,612.87 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 5,167,339.38 | | |
| Total Liabilities | | | | 2,389,395.23 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Eastern District of Tennessee

In re   **EV America, LLC** _____ ,   Case No. _____
                                                Debtor

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **EV America, LLC**                                                                    ,      Case No. _____
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **EV America, LLC**                                                    , Case No. _____
                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Gateway Employee Account | - | 2,309.42 |
| | | Top Funding | - | 15,074.34 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Utility Deposits | - | 1,740.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **19,123.76**
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re   **EV America, LLC**                                                              ,   Case No. _____
_____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | - | 312,523.88 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    312,523.88
(Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re　**EV America, LLC**　　　　　　　　　　　　　　　,　Case No. _____
　　　　　　　　　　　　　　　　Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Intellectual Property/Designs** | - | **4,000,000.00** |
| | | **Hi Def Media Group** | - | **20,000.00** |
| | | **Intellectual Property** | - | **33,667.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Capital Equipment** | - | **13,889.96** |
| | | **Computer Equipment** | - | **11,237.19** |
| 30. Inventory. | | **Inventory Asset** | - | **756,897.59** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **4,835,691.74** |
| (Total of this page) | |
| Total > | **5,167,339.38** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **EV America, LLC** _____,    Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor",include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Catoosa County Government Tax Office** **796 Lafayette Street** **Ringgold, GA 30736** | | - | | | | | | |
| | | | Value $              12,556.92 | | | | 12,556.92 | 0.00 |
| Account No. **xxxxxx30 co** | | | 08/29/2008 | | | | | |
| **First Volunteer** **P.O. Box 11167** **Chattanooga, TN 37401** | | - | | | | | | |
| | | | Value $             328,715.77 | | | | 328,715.77 | 0.00 |
| Account No. **xxxxxx62 cb** | | | 12/15/2010 | | | | | |
| **First Volunteer** **P.O. Box 11167** **Chattanooga, TN 37401** | | - | | | | | | |
| | | | Value $               8,782.18 | | | | 8,782.18 | 0.00 |
| Account No. **xxxxxx47 co** | | | 01/08/2009 | | | | | |
| **First Volunteer** **P.O. Box 11167** **Chattanooga, TN 37401** | X | - | | | | | | |
| | | | Value $             252,108.56 | | | | 252,108.56 | 0.00 |
| _2_   continuation sheets attached | | | Subtotal (Total of this page) | | | | 602,163.43 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **EV America, LLC**                                          ,        Case No. _____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx85 co**<br><br>**First Volunteer**<br>**P.O. Box 11167**<br>**Chattanooga, TN 37401** | X | - | 01/28/2009<br><br><br>Value $        52,400.90 | | | | 52,400.90 | 0.00 |
| Account No. **xxxxxx94 cb**<br><br>**First Volunteer**<br>**P.O. Box 11167**<br>**Chattanooga, TN 37401** | X | - | 07/13/2011<br><br><br>Value $        34,338.33 | | | | 34,338.33 | 0.00 |
| Account No. **xxxxxx42 co**<br><br>**First Volunteer**<br>**P.O. Box 11167**<br>**Chattanooga, TN 37401** | X | - | 08/10/2012<br><br><br>Value $        71,251.78 | | | | 71,251.78 | 0.00 |
| Account No. **xxxxx2510**<br><br>**Internal Revenue Service**<br>**c/o Special Procedures**<br>**801 Broadway-MDP 14**<br>**Nashville, TN 37203** | | - | 4/20/2009<br><br>**Federal tax Lien**<br><br>Value $        429.76 | | | | 429.76 | 0.00 |
| Account No.<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | - | <br><br><br>Value $        266,636.63 | | | | 266,636.63 | 0.00 |
| Sheet _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal<br>(Total of this page) | | | | 425,057.40 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **EV America, LLC**                                                           ,   Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xxxx-533 2** | | | | | Sept. 29, 2010 | | | | | |
| | | | | | employee wages | | | | | |
| **TN Dept of Labor & Workforce Development** **220 French Landing Drive** **Nashville, TN 37243** | - | | | | | | | | | |
| | | | | | Value $          **4,195.00** | | | | **4,195.00** | **0.00** |
| Account No. | | | | | state tax lien | | | | | |
| | | | | | | | | | | |
| **TN Dept of Revenue** **500 Deaderick Street** **Andrew Jackson Building** **Nashville, TN 37242** | - | | | | | | | | | |
| | | | | | Value $               **1.00** | | | | **1.00** | **0.00** |
| Account No. **xxxx xx-xx228-0** | | | | | | | | | | |
| | | | | | | | | | | |
| **UKIP Media & Events Limited** **c/o Gardner & Conner, PLLC** **PO Box 5059** **Maryville, TN 37802-5059** | - | | | | | | | | | |
| | | | | | Value $        **18,361.53** | | | | **18,361.53** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  **2**   of  **2**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **22,557.53** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,049,778.36** | **0.00** |

B6E (Official Form 6E) (4/10)

.

In re    **EV America, LLC**                                                                    Case No. _____
                                                                              ,
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**____ continuation sheets attached

1/30/13 11:47AM

B6E (Official Form 6E) (4/10) - Cont.

In re __**EV America, LLC**_____ ,     Case No. _____

                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **TN Dept of Labor & Workforce Development 220 French Landing Drive Nashville, TN 37243** | - | | | | | | 1.00 | 0.00 / 1.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __**1**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 1.00 | 1.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **EV America, LLC**                                                ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  **Internal Revenue Service c/o Special Procedures 801 Broadway-MDP 14 Nashville, TN 37203** | - | | | | | | **1.00** | | **0.00** **1.00** |
| Account No.  **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | - | | | | | | **1.00** | | **0.00** **1.00** |
| Account No.  **TN Dept of Revenue 500 Deaderick Street Andrew Jackson Building Nashville, TN 37242** | - | | | | | | **1.00** | | **0.00** **1.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **3.00** | **0.00** **3.00** |
| Total (Report on Summary of Schedules) | **4.00** | **0.00** **4.00** |

B6F (Official Form 6F) (12/07)

In re __**EV America, LLC**_____,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Ace Hardware # 1086 4921 Hwy 58 Chattanooga, TN 37416** | - | | | | | | | | 810.15 |
| Account No. | | | | | | | | | |
| **Ace Refrigeration PO Box 510 La Fayette, GA 30728** | | | | | | | | | 287.55 |
| Account No. | | | | | | | | | |
| **Ballard Power Systems Inc. 1025 West Georgia Street Vancouver BC V6E 3N9, Canada** | - | | | | | | | | 15,202.72 |
| Account No. | | | | | | | | | |
| **BB&T Huffaker & Trimble PO Box 890635 Charlotte, NC 28289-0635** | - | | | | | | | | 1,809.00 |
| __11__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 18,109.42 |

B6F (Official Form 6F) (12/07) - Cont.

In re     **EV America, LLC**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| Bookkeeping Solutions 6727 Heritage Business Court Suite 700-B Chattanooga, TN 37421 | - | | | | | | | | 258.75 |
| Account No. | | | | | | | | | |
| Breeding Insulation Chattanooga, Inc. 2505 N. Orchard Knob Ave Chattanooga, TN 37406 | - | | | | | | | | 225.44 |
| Account No. | | | | | | | | | |
| Christina G. J. Curtis 7911 E. Brainerd Road Chattanooga, TN 37421 | - | | | | | | | | 382,435.18 |
| Account No. | | | | | | | | | |
| City of Ringgold PO Box 579 Ringgold, GA 30736 | - | | | | | | | | 21.25 |
| Account No. | | | | | | | | | |
| Control Southern Inc. PO Box 102363 Atlanta, GA 30368-2363 | - | | | | | | | | 1,408.98 |

Sheet no. __1__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                384,349.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **EV America, LLC**                                                              ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Darren G. McBride 3496 Brainerd Road Chattanooga, TN 37414 | - | | | | | | 6,000.00 |
| Account No. | | | | | | | |
| Dependable Security Systems 506 Craven Road Ringgold, GA 30736 | - | | | | | | 180.00 |
| Account No. | | | | | | | |
| DURA 75 Remittance Drive Suite 3314 Chicago, IL 60675-3314 | - | | | | | | 5,340.10 |
| Account No. | | | | | | | |
| Dynetek Industries 4410 46th Ave. S.E. Calgary, Alberta T2B3N7 Canada | - | | | | | | 20,456.00 |
| Account No. | | | | | | | |
| E-TekNet, Inc. 561 E. Elliot Road Suite 180 Chandler, AZ 85225 | - | | | | | | 284.65 |

Sheet no. __2__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    32,260.75

B6F (Official Form 6F) (12/07) - Cont.

In re   **EV America, LLC**                                  ,       Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Emerson Russell ERMC One Park Place 6148 Lee Highway, Suite 300 Chattanooga, TN 37421** | - | | | | | | 20,000.00 |
| Account No. | | | | | | | |
| **EPB Telecom PO Box 182251 Chattanooga, TN 37422-7250** | - | | | | | | 207.87 |
| Account No. | | | | | | | |
| **Firestone Complete PO Box 93402 Chicago, IL 60673** | - | | | | | | 294.48 |
| Account No. | | | | | | | |
| **Fisher Steel 2847 Lakeview Drive Rossville, GA 30741** | - | | | | | | 1,316.05 |
| Account No. | | | | | | | |
| **Fluid Power Energy W229 N591 Foster Court Waukesha, WI 53186** | - | | | | | | 258.79 |

Sheet no. __3___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                    (Total of this page)     **22,077.19**

B6F (Official Form 6F) (12/07) - Cont.

In re __**EV America, LLC**_____,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Gardner Denver/ CompAir <br> PO Box 956236 <br> Saint Louis, MO 63195-6236 | - | | | | | | 7,550.00 |
| Account No. <br><br> Gigavac <br> 1125 Mark Avenue <br> Carpinteria, CA 93013 | - | | | | | | 2,296.18 |
| Account No. <br><br> Grant's Auto Glass <br> 1705 South Market Steet <br> Chattanooga, TN 37408 | - | | | | | | 1,140.50 |
| Account No. <br><br> Graybar <br> PO Box 403052 <br> Atlanta, GA 30384-3052 | - | | | | | | 917.72 |
| Account No. <br><br> Greg Brown <br> 302 E/ Sunset Road <br> Lookout Mountain, TN 37350 | - | | | | | | 50,000.00 |

Sheet no. __4___ of __11___ sheets attached to Schedule of          Subtotal          61,904.40
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **EV America, LLC**
_____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Headrick's Body Shop** **194 Madgabend Road** **Rossville, GA 30741** | | - | | | | | 12,500.00 |
| Account No. | | | | | | | |
| **Henderson Hutcherson, & McCullough, PLLC** **1200 Market Street** **Chattanooga, TN 37402** | | - | | | | | 3,873.23 |
| Account No. | | | | | | | |
| **Holston Gases** **1105 Stuart Street** **Chattanooga, TN 37406** | | - | | | | | 2,649.56 |
| Account No. | | | | | | | |
| **Infinite Energy** **PO Box 105247** **Atlanta, GA 30348-5247** | | - | | | | | 277.56 |
| Account No. | | | | | | | |
| **Interstate Batteries of Tennessee Valley** **4625 Shallowford Road** **Chattanooga, TN 37421** | | - | | | | | 207.90 |

Sheet no. __5__ of __11__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims       (Total of this page)       **19,508.25**

B6F (Official Form 6F) (12/07) - Cont.

In re    **EV America, LLC**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Inxpress** **PO Box 709030** **Sandy, UT 84070** | - | | | | | | | 180.41 |
| Account No. | | | | | | | | |
| **LADD Industries** **4849 Hempstead St Dr** **Kettering, OH 45429** | - | | | | | | | 315.03 |
| Account No. | | | | | | | | |
| **Logan Clutch Corporation** **28855 Ranney Parkway** **Cleveland, OH 44146** | - | | | | | | | 2,039.00 |
| Account No. | | | | | | | | |
| **LUCERIX** **2488 Bristol Circle** **Oakville, ON LGH-5S1, CANADA** | - | | | | | | | 703.82 |
| Account No. | | | | | | | | |
| **McKoon, Williams, & Hegeman** **1300 Republic Centre** **633 Chestnut Street** **Chattanooga, TN 37450** | - | | | | | | | 14,704.00 |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,942.26

B6F (Official Form 6F) (12/07) - Cont.

In re   **EV America, LLC** _____,    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Meritor Wabco 2135 West Maple Road Troy, MI 48084 | - | | | | | | 483.11 |
| Account No. | | | | | | | |
| Mersen PO Box 7247-6444 Philadelphia, PA 19170-6444 | - | | | | | | 5,298.99 |
| Account No. | | | | | | | |
| Miller & Martin Attorneys 832 George Ave  Suite 1000 Chattanooga, TN 37402-2289 | - | | | | | | 29,386.55 |
| Account No. | | | | | | | |
| Miller Welborn 103 Robin Hood Trail Lookout Mountain, TN 37350 | - | | | | | | 50,000.00 |
| Account No. | | | | | | | |
| North GA Electric Membership Corp. PO Box 530812 Atlanta, GA 30353-0812 | - | | | | | | 468.26 |

Sheet no. __7__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      85,636.91

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **EV America, LLC** _____ , Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Prime Rate Premium Finance Corporation PO Box 580016 Charlotte, NC 28258-0016 | - | | | | | | | 4,881.72 |
| Account No. | | | | | | | | |
| Rabbit Enterprises Inc. PO Box 3099 1526 Dodds Ave. Chattanooga, TN 37404 | - | | | | | | | 1,013.51 |
| Account No. | | | | | | | | |
| RM Michaelides Softward & Electronic Cor 711 E. Monument Ave Suite 310 Dayton, OH 45402-1490 | - | | | | | | | 1,274.14 |
| Account No. | | | | | | | | |
| Schemel, Lecroy-Schemel, P.C. 744 McCallie Ave Suite 213 Chattanooga, TN 37403 | - | | | | | | | 950.00 |
| Account No. | | | | | | | | |
| Scott L. Probasco, Jr. TUA PO Box 1638 MC 0310 Chattanooga, TN 37401 | - | | | | | | | 0.00 |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **8,119.37**

B6F (Official Form 6F) (12/07) - Cont.

In re    **EV America, LLC**                                      ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Scott L. Probasco, Jr. TUA** **PO Box 1638 MC 0310** **Chattanooga, TN 37401** | | | | | | | 650,000.00 |
| Account No. | | - | | | | | |
| **Taylor Trading Co.** **6652 Hwy 41 North** **Ringgold, GA 30736** | | | | | | | 139.96 |
| Account No. | | - | | | | | |
| **Teems Fabrication** **465 Rollins Industrial Court** **PO Box 609** **Ringgold, GA 30736** | | | | | | | 4,602.89 |
| Account No. | | - | | | | | |
| **Tek-Temp Instruments Inc.** **401 Magnolia Ave** **Croydon, PA 19021** | | | | | | | 5,600.00 |
| Account No. | | - | | | | | |
| **Timmons, Warner & Associates** **244 East Washington Street** **Athens, GA 30601** | | | | | | | 2,155.00 |

| Sheet no. __9__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 662,497.85 |
|---|---|---|

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **EV America, LLC** _____ ,   Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| UPS Lockbox 577 Carol Stream, IL 60132 | - | | | | | | | 13.84 |
| Account No. | | | | | | | | |
| Vanner 4282 Reynolds Drive Hilliard, OH 43026 | - | | | | | | | 4,631.00 |
| Account No. | | | | | | | | |
| Walter A. Wood P.O. Box 72847 4509 Rossville Blvd. Chattanooga, TN 37407-5847 | - | | | | | | | 530.40 |
| Account No. | | | | | | | | |
| Waytek PO Box 690 2440 Galpin Court Chanhassen, MN 55317 | - | | | | | | | 1,672.20 |
| Account No. | | | | | | | | |
| WCI of TN, Cleveland PO Box 660177 Dallas, TX 75266-0177 | - | | | | | | | 114.43 |

Sheet no. __10__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **6,961.87**

B6F (Official Form 6F) (12/07) - Cont.

In re    **EV America, LLC**                         ,        Case No. _____

                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **WEH Technologies Inc.** <br> **Leguna Edge Drive** <br> **Katy, TX 77494** | - | | | | | | 245.00 |
| Account No. <br><br> **William Brammer** <br> **1407 N. Thornton Ave** <br> **Dalton, GA 30720** | - | | | | | | 20,000.00 |
| Account No. <br><br> | | | | | | | |
| Account No. <br><br> | | | | | | | |
| Account No. <br><br> | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **20,245.00**

Total
(Report on Summary of Schedules)     **1,339,612.87**

B6G (Official Form 6G) (12/07)

.

In re    **EV America, LLC**                                                                              ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **EV America Properties, LLC**<br>**PO Box 28450**<br>**Chattanooga, TN 37424** | **Lease of Building** |
| **Aflac**<br>**Worldwide Headquarters**<br>**Columbus, GA 31999** | **Employee Healthcare** |
| **First Bank of Dalton Properties**<br>**118 Hamilton Street**<br>**PO Box 459**<br>**Dalton, GA 30722-0459** | **Lease of Building** |
| **United Healthcare Insurance Company**<br>**Dept CH 10151**<br>**Palatine, IL 60055-0151** | **Healthcare** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **EV America, LLC**                       ,      Case No. _____

<div align="center">Debtor</div>

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Christina G.  Curtis**<br>**7911 E. Brainerd Road**<br>**Chattanooga, TN 37421** | **First Volunteer**<br>**P.O. Box 11167**<br>**Chattanooga, TN 37401** |
| **Christina G. Curtis**<br>**7911 W. Brainerd Road**<br>**Chattanooga, TN 37421** | **First Volunteer**<br>**P.O. Box 11167**<br>**Chattanooga, TN 37401** |
| **Christina G. Curtis**<br>**7911 E. Brainerd Road**<br>**Chattanooga, TN 37421** | **First Volunteer**<br>**P.O. Box 11167**<br>**Chattanooga, TN 37401** |
| **Christina G. Curtis**<br>**7911 E. Brainerd Road**<br>**Chattanooga, TN 37421** | **First Volunteer**<br>**P.O. Box 11167**<br>**Chattanooga, TN 37401** |

**0**

____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Eastern District of Tennessee

In re **EV America, LLC**

Debtor(s)

Case No.

Chapter **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __28__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **January 30, 2013**

Signature **/s/ Albert E. Curtis, III**

**Albert E. Curtis, III**
**Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Tennessee

In re    **EV America, LLC**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **January 30, 2013**

**/s/ Albert E. Curtis, III**

**Albert E. Curtis, III/Managing Member**
Signer/Title

Date:    **January 30, 2013**

**/s/ Kyle R. Weems**

Signature of Attorney
**Kyle R. Weems**
**Weems & Ronan**
**744 McCallie Ave.**
**Suite 520**
**Chattanooga, TN 37403**
**423-624-1000   Fax: 423-624-5656**

EV America Properties, LLC
PO Box 28450
Chattanooga, TN 37424

Ace Hardware # 1086
4921 Hwy 58
Chattanooga, TN 37416

Ace Refrigeration
PO Box 510
La Fayette, GA 30728

Aflac
Worldwide Headquarters
Columbus, GA 31999

Ballard Power Systems Inc.
1025 West Georgia Street
Vancouver BC V6E 3N9, Canada

BB&T Huffaker & Trimble
PO Box 890635
Charlotte, NC 28289-0635

Bookkeeping Solutions
6727 Heritage Business Court
Suite 700-B
Chattanooga, TN 37421

Breeding Insulation Chattanooga, Inc.
2505 N. Orchard Knob Ave
Chattanooga, TN 37406

Catoosa County Government Tax Office
796 Lafayette Street
Ringgold, GA 30736

Christina G.  Curtis
7911 E. Brainerd Road
Chattanooga, TN 37421

Christina G. Curtis
7911 W. Brainerd Road
Chattanooga, TN 37421

Christina G. Curtis
7911 E. Brainerd Road
Chattanooga, TN 37421

Christina G. J. Curtis
7911 E. Brainerd Road
Chattanooga, TN 37421

City of Ringgold
PO Box 579
Ringgold, GA 30736

Control Southern Inc.
PO Box 102363
Atlanta, GA 30368-2363

Darren G. McBride
3496 Brainerd Road
Chattanooga, TN 37414

Dependable Security Systems
506 Craven Road
Ringgold, GA 30736

DURA
75 Remittance Drive
Suite 3314
Chicago, IL 60675-3314

Dynetek Industries
4410 46th Ave. S.E.
Calgary, Alberta T2B3N7 Canada

E-TekNet, Inc.
561 E. Elliot Road
Suite 180
Chandler, AZ 85225

Emerson Russell
ERMC
One Park Place
6148 Lee Highway, Suite 300
Chattanooga, TN 37421

EPB Telecom
PO Box 182251
Chattanooga, TN 37422-7250

Firestone Complete
PO Box 93402
Chicago, IL 60673

First Bank of Dalton Properties
118 Hamilton Street
PO Box 459
Dalton, GA 30722-0459

First Volunteer
P.O. Box 11167
Chattanooga, TN 37401

Fisher Steel
2847 Lakeview Drive
Rossville, GA 30741

Fluid Power Energy
W229 N591 Foster Court
Waukesha, WI 53186

Gardner Denver/ CompAir
PO Box 956236
Saint Louis, MO 63195-6236

Gigavac
1125 Mark Avenue
Carpinteria, CA 93013

Grant's Auto Glass
1705 South Market Steet
Chattanooga, TN 37408

Graybar
PO Box 403052
Atlanta, GA 30384-3052

Greg Brown
302 E/ Sunset Road
Lookout Mountain, TN 37350

Headrick's Body Shop
194 Madgabend Road
Rossville, GA 30741

Henderson Hutcherson, & McCullough, PLLC
1200 Market Street
Chattanooga, TN 37402

Holston Gases
1105 Stuart Street
Chattanooga, TN 37406

Infinite Energy
PO Box 105247
Atlanta, GA 30348-5247

Internal Revenue Service
c/o Special Procedures
801 Broadway-MDP 14
Nashville, TN 37203

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Batteries of Tennessee Valley
4625 Shallowford Road
Chattanooga, TN 37421

Inxpress
PO Box 709030
Sandy, UT 84070

LADD Industries
4849 Hempstead St Dr
Kettering, OH 45429

Logan Clutch Corporation
28855 Ranney Parkway
Cleveland, OH 44146

LUCERIX
2488 Bristol Circle
Oakville, ON LGH-5S1, CANADA

McKoon, Williams, & Hegeman
1300 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450

Meritor Wabco
2135 West Maple Road
Troy, MI 48084

Mersen
PO Box 7247-6444
Philadelphia, PA 19170-6444

Miller & Martin Attorneys
832 George Ave  Suite 1000
Chattanooga, TN 37402-2289

Miller Welborn
103 Robin Hood Trail
Lookout Mountain, TN 37350

North GA Electric Membership Corp.
PO Box 530812
Atlanta, GA 30353-0812

Prime Rate Premium Finance Corporation
PO Box 580016
Charlotte, NC 28258-0016

Rabbit Enterprises Inc.
PO Box 3099
1526 Dodds Ave.
Chattanooga, TN 37404

RM Michaelides Softward & Electronic Cor
711 E. Monument Ave
Suite 310
Dayton, OH 45402-1490

Schemel, Lecroy-Schemel, P.C.
744 McCallie Ave
Suite 213
Chattanooga, TN 37403

Scott L. Probasco, Jr. TUA
PO Box 1638 MC 0310
Chattanooga, TN 37401

Taylor Trading Co.
6652 Hwy 41 North
Ringgold, GA 30736

Teems Fabrication
465 Rollins Industrial Court
PO Box 609
Ringgold, GA 30736

Tek-Temp Instruments Inc.
401 Magnolia Ave
Croydon, PA 19021

Timmons, Warner & Associates
244 East Washington Street
Athens, GA 30601

TN Dept of Labor & Workforce Development
220 French Landing Drive
Nashville, TN 37243

TN Dept of Revenue
500 Deaderick Street
Andrew Jackson Building
Nashville, TN 37242

UKIP Media & Events Limited
c/o Gardner & Conner, PLLC
PO Box 5059
Maryville, TN 37802-5059

United Healthcare Insurance Company
Dept CH 10151
Palatine, IL 60055-0151

UPS
Lockbox 577
Carol Stream, IL 60132

Vanner
4282 Reynolds Drive
Hilliard, OH 43026

Walter A. Wood
P.O. Box 72847
4509 Rossville Blvd.
Chattanooga, TN 37407-5847

Waytek
PO Box 690
2440 Galpin Court
Chanhassen, MN 55317

WCI of TN, Cleveland
PO Box 660177
Dallas, TX 75266-0177

WEH Technologies Inc.
Leguna Edge Drive
Katy, TX 77494

William Brammer
1407 N. Thornton Ave
Dalton, GA 30720

# United States Bankruptcy Court
## Eastern District of Tennessee

In re   __EV America, LLC__                                          Case No.

                        Debtor(s)                   Chapter   __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification
or recusal, the undersigned counsel for __EV America, LLC__ in the above captioned action, certifies that the following is a
(are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any
class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Albert E. Curtis III**
**7911 E. Brainerd Road**
**Chattanooga, TN 37421**

☐ None [*Check if applicable*]

__January 30, 2013__                     **/s/ Kyle R. Weems**

Date                                     **Kyle R. Weems**
                                         Signature of Attorney or Litigant
                                         Counsel for   **EV America, LLC**
                                         **Weems & Ronan**
                                         **744 McCallie Ave.**
                                         **Suite 520**
                                         **Chattanooga, TN 37403**
                                         **423-624-1000 Fax:423-624-5656**